**SEALED**

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 9 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-24CR0070-E |
| DOLLY KAY PATTERSON (01) | |

**INDICTMENT**

The Grand Jury charges:

Count One
Transmitting a Threatening Communication in Interstate Commerce
[Violation of 18 U.S.C. § 875(c)]

On or about April 16, 2023, in the Northern District of Texas and elsewhere, the defendant, **Dolly Kay Patterson**, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat, namely, **Patterson** sent an electronic communication to the chambers of a United States District Judge in the Northern District of Texas, in which she threatened to injure the Judge and others.

All in violation of 18 U.S.C. § 875(c).

<u>Count Two</u>
Influencing Federal Official by Threat
[Violation of 18 U.S.C. § 115(a)(1)(B)]

On or about April 16, 2023, in the Northern District of Texas and elsewhere, the defendant, **Dolly Kay Patterson**, did threaten to assault and murder a United States District Judge, with intent to impede, intimidate, and interfere with the United States District Judge while engaged in the performance of his official duties, and to retaliate against the United States District Judge on account of the performance of his official duties.

All in violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
801 Cherry St. Unit #4
Fort Worth, Texas 76131
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DOLLY KAY PATTERSON (01)

INDICTMENT

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
Count 1

18 U.S.C. § 115(a)(1)(B)
Influencing Federal Official by Threat
Count 2

A true bill rendered

FORT WORTH                                                                 FOREPERSON

Filed in open court this 9th day of October, 2024.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending