**U.S. District Court**
**California Northern District (San Francisco)**
**CRIMINAL DOCKET FOR CASE #: 3:24–mj–71517–MAG–1**

| | |
|---|---|
| Case title: USA v. Patterson | Date Filed: 10/21/2024 |

Assigned to: Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Dolly Kay Patterson** | represented by | **Edward Austin Smock**<br>Office of the Federal Public Defender<br>San Francisco<br>450 Golden Gate Ave.<br>Rm 19–6884<br>San Francisco, CA 94102<br>415–436–7700<br>Fax: 415–436–7706<br>Email: ned_smock@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Count 1 – Transmitting a Threatening Communication in Interstate Commerce (18 U.S.C. § 875(c)); Count 2 – Influencing Federal Official by Threat (18 U.S.C. §115(a)(1)(B)). | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael Joseph Gonzales Lagrama**<br>U.S. Attorneys Office Northern District of California<br>Department of Justice<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>(415) 436–7241<br>Email: Michael.Lagrama@usdoj.gov<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2024 | 1 | Notice of Proceedings on Out–of–District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Dolly Kay Patterson (1). (Attachments: # 1 Sealed Indictment NDTX, # 2 Sealing Order NDTX) (ecg, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/21/2024) |
| 10/21/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Peter H. Kang: Arraignment on Indictment, Initial Appearance, I.D. Counsel, Bond hearing as to Dolly Kay Patterson (1) Count Complaint held on 10/21/2024. Plea entered by Dolly Kay Patterson Not Guilty on count 1. Added attorney Edward Austin Smock for Dolly Kay Patterson. Motion to Unseal Entire Case – Granted. Defendant admits to being the person as being charged & waived her Identity/Removal Hearing. DPPA advisement. Defendant shall appear at the Amarillo Courthouse, Rm. 321 before Judge Reno.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Arraignment is set for 11/4/2024 at 1:30pm before Judge Reno in TX. (gba, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/22/2024) |
| 10/21/2024 | 3 | **ORDER Setting Conditions of Release Personal Recognizance Bond Entered as to Dolly Kay Patterson. Signed by Magistrate Judge Peter H. Kang on 10/21/2024. (gba, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/22/2024)** |
| 10/21/2024 | 4 | WAIVER of Rule 5 Hearings by Dolly Kay Patterson. (gba, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/22/2024) |
| 10/21/2024 | 5 | **ORDER Requiring a Defendant to Appear in the District where Charges are Pending and Transferring Bail as to Dolly Kay Patterson. Signed by Magistrate Judge Peter H. Kang on 10/21/2024. (gba, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/22/2024)** |

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

**FILED**

Oct 21 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLY KAY PATTERSON,<br><br>    Defendant. | CASE NO.  3:24-mj-71517 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 21, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    ☒    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the Northern District of Texas, Case Number 2:24-cr-00070-E-BR.

    In that case (copy of indictment attached), the defendant is charged with violations of Title United States Code, Section 875(c) and Title 18 United States Code, Section 115(a)(1)(B).

v. 7/10/2018

Description of Charges: Count 1, Transmitting a Threatening Communication in Interstate Commerce (18 U.S.C. § 875(c)) and Count 2, Influencing Federal Official by Threat (18 U.S.C. §115(a)(1)(B)).

The maximum penalties are as follows:

5 years imprisonment for Count 1
10 years imprisonment for Count 2
Supervised Release (up to 3 years for each count)
Fine $250,000 for each count
$100 special assessment for each count

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: October 21, 2024

*/s/ Michael G. Lagrama*
MICHAEL G. LAGRAMA
Assistant United States Attorney

v. 7/10/2018

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 23 M | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Karen Hom | | REPORTER/LIBERTY RECORDING: 11:11-11:34 | |
| MAGISTRATE JUDGE PETER H. KANG | | DATE October 21, 2024 | | NEW CASE ☒ | CASE NUMBER 24-mj-71517 MAG-1 |

### APPEARANCES

| DEFENDANT Dolly Patterson | AGE 66 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ned Smock, prov appt for today | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Michael Lagrama | | INTERPRETER NA | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Vanessa Vargas | | | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR Rule5 12 m | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 1 M | ☐ ARRAIGNMENT | ☒ BOND HEARING 6 M | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG 4 M | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Dolly Kay Patterson |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 0.00 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY & will be released. |

ORDER REMOVED TO THE DISTRICT OF Northern District of Texas

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 11/4/2024 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:30 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Judge Reno inTX | ☐ DETENTION HEARING | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Motion to Unseal Entire Case - Granted. Dft admits to being the person as being charged & waived her Identity/Removal Hearing. DPPA advisement. Dft shall appear at the Amarillo Courthouse, Rm. 321 before Judge Reno.

DOCUMENT NUMBER:

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:24MJ71517MAG-1 |
| Dolly Kay Patterson ) | |
| Defendant ) | Charging District's Case No. 2:24CR-0070-E-BR |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of Texas.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- [x] an identity hearing and production of the warrant.
- [x] a preliminary hearing.
- [ ] a detention hearing.
- [x] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/21/24

Dolly Kay Patterson
*Defendant's signature*

*Signature of defendant's attorney*

NED SMOCK
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 2:24-cr-00070-E-BR   Document 6   Filed 10/23/24   Page 7 of 7   PageID 14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America<br><br>v.<br><br>Dolly Kay Patterson,<br><br>    Defendant. | Case No.  3:24-mj-71517- MAG (PHK)<br><br>Charging District:  Northern District of TX<br><br>Charging District's Case No.:<br>2:24-cr-00070-E-BR |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this Court on October 21, 2024, the defendant is released from custody subject to conditions as set forth in the bond form and **ORDERED** to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place:<br><br>United States District Court for the<br>Northern District of Texas<br>Amarillo Division<br>J. Marvin Jones Federal Building<br>205 SE Fifth Avenue<br>Amarillo, TX 79101-1559 | Courtroom No.:  321 |
|---|---|
| | Date and Time:  November 4, 2024 at 1:30 pm<br><br>Before Magistrate Judge Lee Ann Reno |

  If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so. The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated:  October 21, 2024

                 _____
                 PETER H. KANG
                 United States Magistrate Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19