IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

DOLLY KAY PATTERSON (01)

NO. 2:24-CR-070-E

**UNOPPOSED MOTION FOR CONTINUANCE
OF CRIMINAL TRIAL AND ASSOCIATED
PRETRIAL MOTIONS DEADLINE**

COMES NOW Paul Herrmann, Attorney at Law, Counsel for DOLLY KAY PATTERSON ("Patterson"), and brings this Motion for Continuance of Criminal Trial set for January 20, 2025 and Associated Pretrial Motions Deadline and in support thereof shows:

1. Movant is attorney of record for Patterson and was retained on October 28, 2024 on this matter.

2. Counsel for Defendant has insufficient time to adequately prepare for this case considering the holidays as well as being special set for pre-trials on January 14, 2025 and Jury Trial on a murder charge in Gray County, Texas, the week of February 24, 2025, and will need to spend the months of January and February preparing for that matter.

3. Counsel for Defendant has conferred with AUSA Matthew Weybrecht, the attorney in charge of this case for the Government, who has indicated he does not oppose this continuance. AUSA Matthew Weybrecht advised he is set for trial February 3 - 7, 2025 and will be unavailable during that time.

**WHEREFORE**, Counsel for Patterson respectfully requests that this Honorable Court continue the trial date and associated deadlines in the instant case to any subsequent date deemed reasonable by this Court, and that all associated deadlines be likewise continued.

            Respectfully submitted,

            HERRMANN LAW FIRM, PLLC

BY:  s/ *Paul Herrmann*
      Paul Herrmann
      801 S. Fillmore, Ste. 710
      Amarillo, TX 79101
      Telephone: (806) 342-4242
      Fax: (806) 372-8444
      Email: ph.handwlaw@gmail.com
      *ATTORNEY FOR DEFENDANT*

## **CERTIFICATE OF CONFERENCE**

I, Paul Herrmann, certify that on the December 13, 2024, my office received an email from AUSA Matthew Weybrecht who advised he does not oppose this continuance.

     s/ *Paul Herrmann*
     Paul Herrmann

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2024, I electronically filed the foregoing document with the clerk of court for the Defendant using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to counsel for the U.S. District Court, Northern District of Texas, who has consented in writing to accept this Notice as service of this document by electronic means.

     s/ *Paul Herrmann*
     Paul Herrmann