IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.                                                            No. 2:24-CR-70-E

DOLLY KAY PATTERSON (01)

## NOTICE REGARDING INTRADISTRICT VENUE

The United States, by and through the undersigned counsel, hereby submits this

notice to the Court:

A grand jury in the Northern District of Texas (Fort Worth) indicted this case out

of the Amarillo Division. Dkt. 3. The Court set the case for trial in the Dallas Division.

Dkt. 14. The government's position is that the Scheduling Order therefore acts as a de

facto intradistrict transfer order and falls under the framework laid out in *United States v.*

*Lipscomb*, 299 F.3d 303 (5th Cir. 2002).

### [**Remainder of page intentionally left blank**]

**United States v. Patterson**
**Notice Regarding Intradistrict Venue – Page 1**

The government does not oppose the Court holding trial in either the Amarillo Division or the Dallas Division as the Court deems most appropriate in light of the factors for intradistrict transfer described in *Lipscomb*. The government conferred with defense counsel, who stated that they are not taking a position on this notice.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

**United States v. Patterson**
**Notice Regarding Intradistrict Venue – Page 2**