# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:24-CR-00070-E |
| DOLLY KAY PATTERSON (1) | |

## TRIAL STATEMENT

Now comes Defendant, Dolly Kay Patterson, by and through counsel, Paul E. Herrmann and Christy L. Drake, and provides this statement covering the following matters:

1.  Estimated length of the trial is 2 days

2.  Plea bargain negotiations have been conducted. The defendant persists in her plea of not guilty and requests a jury trial.

3.  The defendant does not anticipate any scheduling problems for the trial scheduled for March 25, 2025.

4.  The defendant notes the pending motions to dismiss and suppress as well as possible contested matters on the substantive jury instructions.

Respectfully submitted,

/s/Christy L. Drake
Christy L. Drake
Texas Bar No. 06104500
8350 N. Central Exy, Suite 1900
Dallas, TX  75206
Telephone: (806)681-1259
chrisdrakelaw@gmail.com

Trial Statement -page 1

## CERTIFICATE OF SERVICE

I, Christy L. Drake, Counsel for Defendant, certify that on February 2, 2025, this document was filed using the electronic case filing system for the Northern District of Texas, which provides for service to the counsel for the United States.

>  */s/Christy L. Drake*
>  Christy L. Drake